Form 7A-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**                    FORM 7A

|                          |                |
|--------------------------|----------------|
|               Plaintiff, | Court No.      |
| v.                       |                |
|               Defendant. |                |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: _____        _____
                                     Signature of Plaintiff's Attorney

                                     _____
                                             Attorney for Plaintiff

                                     _____
                                                    Firm

                                     _____
                                               Street Address

                                     _____
                                           City, State and Zip Code

                                     _____
                                              Telephone Number

                                     _____
                                               E-mail Address

Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____        Clerk, U. S. Court of International Trade

                                     By: _____
                                                   Deputy Clerk

Form 7A-2

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
|  |  |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _____

                                        Clerk, U. S. Court of International Trade

                                        By: _____
                                                  Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; and amended Aug. 2, 2010, eff. Sept. 1, 2010; Oct. 23, 2025, eff. Dec. 1, 2025.)